UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashley Simone Booker,

                              Plaintiff,

              -against-

Balenciaga America, Inc.,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/21/2023
```

22 Civ. 9677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 18, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by March 20, 2023.  ECF No. 7.  On March 20, 2023, Plaintiff filed a letter and proposed case management plan on behalf of Plaintiff only.  ECF No. 9.  Defendant has not yet appeared in this action.  The joint letter and proposed case management plan must be submitted by both parties, jointly.  Accordingly, by **April 4, 2023**, the parties shall file a joint letter and proposed case management plan.  If Defendant has not yet appeared in this action by that date, Plaintiff shall inform the Court how she wishes to proceed.

SO ORDERED.

Dated: March 21, 2023
       New York, New York

ANALISA TORRES
United States District Judge