USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/12/2023__

# Abdul Hassan Law Group,
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

April 11, 2023

**Via ECF**

Hon. Analisa Torres, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 15D
New York, 10007 NY
Tel: 212-805-0292

<u>Re: Booker v. Balenciaga America, Inc.</u>
Case #: 22-CV-09677 (AT)(SN)
Motion for Extension of Time

Dear Judge Torres:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the April 11, 2023 deadline for the parties to submit a joint letter and proposed case plan. This request is being made because the parties are engaged in settlement discussions and believe the additional time may be helpful on the settlement front – the parties have made progress since the last request and did not anticipate the need for this extension. One prior request for an extension of this deadline was made and granted.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

---

GRANTED. By **April 19, 2023**, the parties shall file their submissions.

SO ORDERED.

Dated: April 12, 2023
      New York, New York

ANALISA TORRES
United States District Judge