USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2023

# Abdul Hassan Law Group
### 215-28 Hillside Avenue
### Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

April 19, 2023

Via ECF

Hon. Analisa Torres, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 15D
New York, 10007 NY
Tel: 212-805-0292

<u>Re: Booker v. Balenciaga America, Inc.</u>
Case #: 22-CV-09677 (AT)(SN)
**Motion for Extension of Time**

Dear Judge Torres:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the April 19, 2023 deadline for the parties to submit a joint letter and proposed case plan. This request is being made because the parties are very close to a reaching a settlement and if we are able to cross the finish line, we will notify the Court promptly. Two prior requests for an extension of this deadline were made and granted.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

GRANTED.

SO ORDERED.

Dated: April 20, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge