UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ASHLEY SIMONE BOOKER,

                              **Plaintiff,**                      22-CV-09677 (SN)

       -against-                                  **ORDER**

**BALENCIAGA AMERICA, INC.,**

                             **Defendant.**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2023

**SARAH NETBURN, United States Magistrate Judge:**

    The parties have informed the Court that the dispute regarding the settlement agreement has been resolved. Accordingly, the settlement conference scheduled for May 11, 2023, is adjourned and the Court will review the submitted settlement agreement in due course.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 10, 2023
               New York, New York