UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASHLEY SIMONE BOOKER,

                                 **Plaintiff,**                            22-CV-09677 (SN)

               -against-                                **ORDER**

BALENCIAGA AMERICA, INC.,

                                 **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on May 12, 2023, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 28. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 15, 2023
               New York, New York